IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HAROLD SANFORD CARTER, III,** | : | **CIVIL ACTION NO. 1:20-CV-1923** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **ULLI KLEMM, DARRELL WIREMAN,** | : | |
| **JILL J. SPYKER,** | : | |
| | : | |
| **Defendants** | : | |

# ORDER

AND NOW, this 25th day of August, 2021, upon consideration of defendants' partial motion (Doc. 11) to dismiss, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

1. The motion (Doc. 11) is GRANTED as set forth in the accompanying Memorandum.

2. Plaintiff is granted leave to file an amended complaint within 21 days from the date of this order. The amended complaint shall fully comply with Rules 8 and 20 of the Federal Rules of Civil Procedure, shall be direct and concise, and shall stand alone without reference to any other document filed in this matter. See FED. R. CIV. P. 8(e). Plaintiff is strictly cautioned that the inclusion of separate, unrelated claims and parties will be considered a failure to comply with an order of court. See FED. R. CIV. P. 20.

3. In the event plaintiff fails to file a timely amended complaint by the deadline in paragraph 2, this action will proceed on the remaining claims set forth in plaintiff's initial complaint.

4. Discovery shall be completed on or before November 17, 2021. In accordance with Local Rule of Court 5.4 (b), the parties shall refrain from filing discovery requests with the court.

5. Dispositive motions shall be filed on or before December 17, 2021.

6. No extensions of the pre-trial schedule shall be granted absent good cause. See FED. R. CIV. P. 16(b).

7. Any motions or briefs filed after the expiration of the applicable deadline, without prior leave of court, shall be stricken from the record.

8. The scheduling of a final pre-trial conference and the trial date of this matter is deferred pending disposition of dispositive motions.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania