## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HAROLD SANFORD CARTER, III,** | : | **CIVIL ACTION NO. 1:20-CV-1923** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **ULLI KLEMM, DARRELL WIREMAN,** | : | |
| **JILL J. SPYKER,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 2nd day of May, 2022, upon consideration of defendant's

motion (Doc. 32) for summary judgment, and for the reasons set forth in the

accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 32) is GRANTED.

2. The Clerk of Court is directed to ENTER judgment in favor of defendant Darrell Wireman and against plaintiff.

3. The Clerk of Court is further directed to CLOSE this case.

4. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).


/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania